**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

RAY ELLIOTT;
TREVOR ALLEY;
MICHAEL VITCO;
FIREARMS POLICY COALITION, INC.; and
COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JARED POLIS, in his official capacity as the Governor of Colorado;
PHILLIP J. WEISER, in his official capacity as Attorney General of Colorado;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol; and
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado,

*Defendants*.

---

**PLAINTIFFS' NOTICE OF RELATED CASES PURSUANT TO D.C.COLO.LCivR 3.2**

---

Plaintiffs RAY ELLIOTT, TREVOR ALLEY, MICHAEL VITCO, FIREARMS POLICY COALITION, INC. ("FPC"), and COLORADO STATE SHOOTING ASSOCIATION ("CSSA") (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully file this Notice of Related Cases pursuant to D.C.COLO.LCivR. 3.2.

The following pending cases are related to this action within the meaning of D.C.COLO.LCivR. 3.2 because they have common facts and claims and have at least one party in common:

1

1.      *United States of America v. City and County of Denver, Colorado & Denver Police Department*, No. 1:26-cv-01929, filed on May 5, 2026 and pending before Judge S. Kato Crews in the United States District Court for the District of Colorado.

2.      *United States of America v. State of Colorado & Colorado Department of Public Safety*, No. 1:26-cv-01950, filed on May 6, 2026 and pending before Judge S. Kato Crews in the United State District Court for the District of Colorado.

This Notice is filed solely to comply with D.C.COLO.LCivR. 3.2. By filing this Notice, Plaintiff does not seek special assignment, reassignment, transfer, consolidation, or any other relief.

Dated: June 30, 2026                                Respectfully submitted,


                                                    */s/ David H. Thompson*
                                                    David H. Thompson
                                                    Peter A. Patterson
                                                    William V. Bergstrom
                                                    COOPER & KIRK, PLLC
                                                    1523 New Hampshire Ave., N.W.
                                                    Washington, D.C. 20036
                                                    Telephone: (202) 220-9600
                                                    Facsimile: (202) 220-9601
                                                    dthompson@cooperkirk.com
                                                    ppatterson@cooperkirk.com
                                                    wbergstrom@cooperkirk.com


                                            *Counsel for Plaintiffs*

2