### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

---

*Ray Elliott, et al.*

        *Plaintiff(s)*

                                *VS.*                     *Case No: 1:26-cv-02948-CNS*

*City and County of Denver, Colorado, et al.*

        *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE*

I, Tiffany Taylor - Coleman, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief in the above-entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/06/2026 at 11:45 PM, I served Philip J. Weiser, in his official capacity as Attorney General of Colorado at the Colorado Department of Law, Ralph L. Carr Judicial Building, 1300 Broadway, 10th Floor, Denver, Colorado 80203 with the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief by serving Isabella Gross, Office Manager, authorized to accept service.

Isabella Gross is described herein as:

Gender:  Female    Ethnicity:  Caucasian      Age:  40      Weight:  115      Height:  5'1"      Hair:  Auburn

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 7/7/2026

/s/ *Tiffany Taylor – Coleman*

---

*Tiffany Taylor - Coleman*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16281247*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Ray Elliott; Trevor Alley; Michael Vitco; Firearms Policy Coalition, Inc.; and Colorado State Shooting Association <br><br> *Plaintiff(s)* <br><br> v. <br><br> City and County of Denver, Colorado, et al. (See attachment for complete list of Defendants.) <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  26-cv-2948-CNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Philip J. Weiser
Attorney General of Colorado
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/1/2026

s/ M. Noel

*Signature of Clerk or Deputy Clerk*