## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Ray Elliott, et al.

**Plaintiff(s)**

VS.                                    Case No: 1:26-cv-02948-CNS

City and County of Denver, Colorado, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Tiffany Taylor - Coleman, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 7/8/2026 at 1:03 PM, I served John Walsh, in his official capacity as District Attorney for the City and County of Denver, Colorado at 370 17th Street, Suite 5300, Denver, Colorado 80202 with the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief by serving Corey Loveless, Intake Specialist, authorized to accept service.

Corey Loveless is described herein as:

Gender:  Male    Ethnicity:  Caucasian    Age:  25-34    Weight:  160-180    Height:  5'6"-5'9"    Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 07/14/2026

/s/ [xs_signature]

Tiffany Taylor - Coleman

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:16280940

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Ray Elliott; Trevor Alley; Michael Vitco; Firearms Policy Coalition, Inc.; and Colorado State Shooting Association<br><br>*Plaintiff(s)*<br><br>v.<br><br>City and County of Denver, Colorado, et al. (See attachment for complete list of Defendants.)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  26-cv-2948-CNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Walsh
Denver District Attorney
310 17th St.
Suite 5300
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/1/2026

s/ M. Noel

*Signature of Clerk or Deputy Clerk*