## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

*Ray Elliott, et al.*
### Plaintiff(s)

VS.                          Case No: 1:26-cv-02948-CNS

*City and County of Denver, Colorado, et al.*
### Defendant(s)

### AFFIDAVIT OF SERVICE

I, Tiffany Taylor-Coleman, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 7/13/2026 at 11:29 AM, I served City and County of Denver, Colorado c/o Denver City Attorney Civil Litigation Section at Denver City Mayor's Office, 1437 Bannock Street, Denver, Colorado 80202 with the Summons with Attachment, Civil Cover Sheet with Attachment, Plaintiffs' Notice of Related Cases Pursuant to D.C.COLO.LCivR 3.2, and Complaint for Declaratory and Injunctive Relief by serving Gail Griggs, Office Manager, authorized to accept service.

Gail Griggs is described herein as:

Gender: Female    Ethnicity: Black    Age: 55-64    Weight: 160-180    Height: 5'3"-5'6"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 07/14/2026

Tiffany Taylor-Coleman

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:16281297

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.


Date: _____
                                    _____
                                              *Server's signature*

                                    _____
                                            *Printed name and title*


                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc: