# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02948-NYW-CYC

RAY ELLIOT, et al.,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.,

      Defendants.

---

## ENTRY OF APPEARANCE

---

      Peter G. Baumann hereby enters his appearance on behalf of Defendants Jared Polis, Philip J. Weiser, Armando Saldate III, and Col. Matthew C. Packard, in their official capacities (the "State Defendants"). Mr. Baumann is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Peter G. Baumann, Senior Assistant Attorney General.

      Respectfully submitted this 23rd day of June, 2026,

PHILIP J. WEISER
Attorney General

/s/ Peter G. Baumann

*Peter G. Baumann*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone: 720.508.6152
Email: peter.baumann@coag.gov

*Attorneys for State Defendants*