# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02948-NYW-CYC

RAY ELLIOT, et al.,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.,

      Defendants.

---

## THE STATE DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The Hon. Jared Polis, in his official capacity as Governor of the State of Colorado, Philip J. Weiser, in his official capacity as the Attorney General of Colorado, Armando Saldate III, in his official capacity as Director of the Colorado Bureau of Investigation, and Colonel Matthew C. Packard, in his official capacity as Chief of the Colorado State Patrol (collectively, the "State Defendants") respectfully request that the Court consolidate their responsive pleading deadlines and extend that deadline by 30 days, and a similar 30-day extension of time for the Scheduling Conference and all related deadlines. As good cause, the State Defendants state:

1.      Undersigned counsel conferred with counsel for the Plaintiffs by telephone and email on July 22, 2026. Plaintiffs do not oppose the requested relief.

2.      At present, the State Defendants' respective responsive pleading deadlines fall on separate days. Governor Polis's deadline falls on July 27, 2026, General Weiser's deadline falls on July 28, 2026, and Colonel Packard and Director Saldate's deadlines fall on July 29, 2026.

3.      Each of the State Defendants is represented by undersigned counsel and anticipate

responding to the Complaint (Doc. No. 1) collectively.

4. Accordingly, the State Defendants respectfully request that their responsive pleading deadlines be aligned.

5. Moreover, the State Defendants request a 30-day extension of time to respond to the Complaint (Doc. No. 1), up to and including August 28, 2026, and a similar 30-day extension applied to the Scheduling Conference and all related deadlines.

6. In this action, Plaintiffs challenge the constitutionality of Colorado's large-capacity magazine restriction, Colo. Rev. Stat. § 18-12-302(1)(a). The restriction has existed in Colorado since 2013, and Plaintiffs' challenge merits careful consideration. State Defendants require additional time to review the allegations in the Complaint and align their response.

7. Moreover, undersigned counsel has several personal and professional obligations that warrant an extension. This includes briefing on an emergency motion for a preliminary injunction relating to the November 2026 election in *RNC, et al. v. Griswold*, 2026CV32338 (Denver Dist. Ct.); a Reply in Support of a Motion to Dismiss due the first week of August in *Oak Point Partners v. Colo. Dep't of the Treasury*, 2026CV31260 (Denver Dist. Ct.); a Reply in Support of a Motion to Dismiss due on August 4, 2026, in *United States v. Colorado, et al.*, No. 1:26-cv-01950-SKC-TPO (D. Colo.); and a hearing on August 5, 2026, in *Ass'n of Home Appliance Mfrs. v. Weiser*, 1:25-cv-02417-SKC-KAS (D. Colo.). Counsel is also traveling on a longstanding personal vacation between July 23 and July 27.

8. No party will be prejudiced by an extension, as Plaintiffs do not oppose the requested relief.

9. As to the public, the law Plaintiffs challenge has been on the books since 2013,

and a short delay will not affect the public interest.

10.     Consistent with the local rules, counsel will serve a copy of this motion for an extension on the State Defendants contemporaneously with its submission.

11.     Consistent with this adjustment to the responsive pleading deadline, Defendants request that the Scheduling Conference also be adjusted so that the parties can focus on responsive pleadings before turning to case management. A similar 30-day extension applied to the Scheduling Conference and all related deadlines would result in a conference on or around October 2, 2026.

Accordingly, the State Defendants respectfully request that their responsive pleading deadlines be aligned and set for August 28, 2026.

Respectfully submitted this 23rd day of July, 2026,

PHILIP J. WEISER
Attorney General

/s/ Peter G. Baumann

*Peter G. Baumann*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone: 720.508.6152
Email: peter.baumann@coag.gov

*Attorney for State Defendants*

3