IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02948-NYW-CYC

RAY ELLIOTT;
TREVOR ALLEY;
MICHAEL VITCO;
FIREARMS POLICY COALITION, INC.; and
COLORADO STATE SHOOTING ASSOCIATION

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JARED POLIS, in his official capacity as the Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Attorney General of Colorado;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol; and
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado,

      Defendants.

_____

**ENTRY OF APPEARANCE**
_____

William J. Taylor, Jr. hereby enters his appearance on behalf of Defendants (i) the City and County of Denver, Colorado and (ii) John Walsh, in his official capacity as District Attorney for the City and County of Denver, Colorado. Mr. Taylor is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned.

Respectfully submitted this 27th day of July, 2026.

/s/ William J. Taylor, Jr.
William J. Taylor, Jr.
Everytown Law
450 Lexington Ave., P.O. Box 4184
New York, NY 10163
wtaylor@everytown.org
(646) 324-8215
*Attorney for Defendants*
*Denver and DA Walsh*