IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02948-NYW-CYC

RAY ELLIOTT;
TREVOR ALLEY;
MICHAEL VITCO;
FIREARMS POLICY COALITION, INC.; and
COLORADO STATE SHOOTING ASSOCIATION,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JARED POLIS, in his official capacity as the Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Attorney General of Colorado;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol; and
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado,

      Defendants.
_____

**DENVER AND DA WALSH'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
_____

Defendants the City and County of Denver, Colorado ("Denver") and John Walsh, in his official capacity as District Attorney for the City and County of Denver, Colorado ("DA Walsh") submit this unopposed motion to extend their respective responsive pleading deadlines until August 28, 2026. As good cause in support thereof, Denver and DA Walsh state as follows:

1.      Plaintiffs filed their complaint on June 30, 2026. (Doc. 1.)

2.      In this action, Plaintiffs challenge the constitutionality of Denver's restrictions on assault weapons and large-capacity magazines (LCMs), as well as the State of Colorado's restriction on LCMs.

3.      On July 23, 2026, the other defendants in this action—defendants Jared Polis, Philip J. Weiser, Armando Saldate III, and Col. Matthew C. Packard, in their official capacities (the "State Defendants")—submitted an unopposed motion to consolidate their responsive pleading deadlines and extend that deadline to August 28, 2026. (Doc. 17.)

4.      On July 24, 2026, the Court granted the State Defendants' unopposed motion and extended their responsive pleading to August 28, 2026. (Doc. 19.)

5.      Currently, the Court has set Denver's and DA Walsh's respective responsive pleading deadlines for August 4, 2026. (Docs. 14-15.)

6.      Denver and DA Walsh require additional time to review the allegations in the Complaint, consider the issues raised, and complete and file their responses.

7.      Accordingly, Denver and DA Walsh respectfully request an extension of their respective responsive pleading deadlines to August 28, 2026.

8.      If granted, this extension would align the responsive pleading deadlines for all defendants in this case.

9.      Undersigned counsel conferred with counsel for Plaintiffs by email on July 24, 2026. Plaintiffs do not oppose Denver's and DA Walsh's requested extension.

10.      This is Denver's and DA Walsh's first request for an extension of the

deadlines to file their responses to Plaintiffs' complaint. The requested extension will not affect any other currently set dates.

11.    Counsel for Denver and DA Walsh certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, it is requested that the Court grant Denver and DA Walsh an extension to August 28, 2026, to file their responses to Plaintiffs' complaint.

Respectfully submitted this 27th day of July 2026.


s/ Michiko A. Brown
Michiko A. Brown
City Attorney
CITY AND COUNTY OF DENVER
201 W. Colfax, Dept. 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org
ATTORNEY FOR DEFENDANT DENVER


s/ Matthew T. Kirsh for
John F. Walsh
Denver District Attorney
370 17th Street, Suite 5300
Denver, CO 80202
720-913-9000
ATTORNEY FOR DEFENDANT DA WALSH

s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, P. O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org
ATTORNEYS FOR DEFENDANTS
DENVER AND DA WALSH

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I further certify that on July 27, 2026, the foregoing was served on Defendants Denver and DA Walsh via private email addresses sent by undersigned counsel, in compliance with D.C.COLO.LCivR 6.1(c).

s/ William J. Taylor, Jr.
William J. Taylor, Jr.