IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02948-NYW-CYC

RAY ELLIOTT;
TREVOR ALLEY;
MICHAEL VITCO;
FIREARMS POLICY COALITION, INC.; and
COLORADO STATE SHOOTING ASSOCIATION,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JARED POLIS, in his official capacity as the Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Attorney General of Colorado;
ARMANDO SALDATE III, in his official capacity as Director of the Colorado Bureau of Investigation;
COLONEL MATTHEW C. PACKARD, in his official capacity as Chief of the Colorado State Patrol; and
JOHN WALSH, in his official capacity as District Attorney for the City and County of Denver, Colorado,

Defendants.

---

**JOINT MOTION TO EXTEND TIME FOR SCHEDULING CONFERENCE**

---

Plaintiffs and Defendants submit this joint motion for a 60-day extension of time for the Scheduling Conference, currently scheduled for October 13, 2026, and all related deadlines. As good cause in support thereof, the parties state as follows:

1. Plaintiffs filed their complaint on June 30, 2026, challenging the constitutionality under the Second Amendment of Denver's restrictions on assault

weapons and large-capacity magazines (LCMs) and the State of Colorado's restrictions on LCMs. (ECF No. 1.)

2. Defendants timely responded to the complaint by filing their respective answers on August 28, 2026. (ECF Nos. 26, 27, 29.)

3. The Court has set a Scheduling Conference for October 13, 2026, and a deadline of September 22, 2026 for the parties to meet in accordance with Fed. R. Civ. P. 26(f). (ECF No. 19.) The parties' proposed Scheduling Order is due on or before October 6, 2026. (*Id.*)

4. The parties are currently considering the most sensible and efficient approach to discovery and other further proceedings in this action—including whether they might agree to jointly move to stay further proceedings, including all discovery, pending the Supreme Court's resolution of *Viramontes v. Cook County*, No. 25-238, and *Grant v. Higgins*, No. 25-566, in which the question presented is "[w]hether the Second and Fourteenth Amendments guarantee the right to possess AR-15 platform and similar semiautomatic rifles."[1]

5. To allow the parties to avoid potentially unnecessary and/or premature work on the proposed Scheduling Order and related discovery matters while they continue to consider the most sensible and efficient approach to further proceedings in this action, Plaintiffs and Defendants jointly request a 60-day extension of time for the

[1] On August 28, 2026, this Court (Wang, J.) ordered a stay pending *Viramontes* and *Grant* in *Rocky Mountain Gun Owners v. Town of Superior*, No. 1:22-cv-02680-NYW-TPO, a Second Amendment challenge to other Colorado jurisdictions' assault weapon and LCM restrictions. *See id.*, ECF No. 140.

Scheduling Conference and all related deadlines under Fed. R. Civ. P. 16 and 26 and this Court's July 24, 2026 Minute Order (ECF No. 19).

6. A 60-day extension applied to the Scheduling Conference and all related deadlines would result in (i) a Scheduling Conference on or around December 14, 2026, (ii) a November 23, 2026 deadline for the parties to meet in accordance with Fed. R. Civ. P. 26(f), and (iii) a December 7, 2026 due date for the parties' proposed Scheduling Order.

7. Defendants Polis, Weiser, Saldate, and Packard (the "State Defendants") previously requested a 30-day extension of time for the Scheduling Conference and all related deadlines (ECF No. 17), which this Court granted (ECF No. 19). This is first request for an extension of time for the Scheduling Conference and related deadlines by Plaintiffs and Defendants the City and County of Denver ("Denver") and Walsh ("DA Walsh"). The requested extension will not affect any other currently set dates.

8. Counsel for the parties certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, it is requested that the Court grant Plaintiffs and Defendants a 40-day extension of time for the Scheduling Conference and all related deadlines under Fed. R. Civ. P. 16 and 26 and this Court's July 24, 2026 Minute Order (ECF No. 19).

Respectfully submitted this 11th day of September 2026.

PHILIP J. WEISER
Attorney General

/s/ Gabe Podesta
Gabe Podesta
Peter G. Baumann
Senior Assistant Attorneys General
Sam Wolter
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
Email: gabe.podesta@coag.gov
*Attorneys for State Defendants*

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Attorneys for Plaintiffs*

/s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue, P. O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org
*Attorneys for Defendants Denver and DA Walsh*

Michiko A. Brown
City Attorney
City and County of Denver
201 W. Colfax, Dept. 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org
*Attorney for Defendant Denver*

John F. Walsh
Denver District Attorney
370 17th Street, Suite 5300
Denver, CO 80202
720-913-9000
*Defendant DA Walsh*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I further certify that on September 11, 2026, the foregoing was served on Defendants Denver and DA Walsh via private email addresses sent by undersigned counsel, in compliance with D.C.COLO.LCivR 6.1(c).

*/s/ William J. Taylor, Jr.*
William J. Taylor, Jr.